■ COHEN v COHEN.—Motion for clarification of the decision and order (184 AD2d 347) of this Court entered on June 18, 1992 granted to the extent of adding, as a fourth decretal paragraph to the aforesaid decision and order, the following: "The pendente lite orders entered March 9, 1987 and September 25, 1987 are continued." Concur—Murphy, P. J., Sullivan, Carro, Rosenberger and Rubin, JJ.